1  Reichel & Plesser, LLP
   Steven Plesser, SBN #161615
2  455 Capitol Mall, Ste. 802
3  Sacramento, CA 95814
   (916) 498-9258
4  steve@reichellaw.com
5

6
            IN THE UNITED STATES DISTRICT COURT
7
         FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
10  UNITED STATES OF AMERICA          Case No.: 2:18-CR-0096 JAM

11
12        vs.                         STIPULATION REGARDING
                                      EXCLUDABLE TIME PERIODS
13                                    UNDER SPEEDY TRIAL ACT;
    THOMAS VANWINKLE                  FINDINGS AND ORDER
14
15                                    Date:  June 26, 2018
                                      Time:  9:15 a.m.
16                                    Judge: Hon. John A. Mendez
17

18
          IT IS HEREBY STIPULATED by and between the parties hereto through their
19
20  respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for

21  Plaintiff, and Steven B. Plesser, attorney for Defendant, that the status conference

22
23  currently set for June 26, 2018 should be continued until July 31, 2018 at 9:15 a.m., and

24  to exclude time between June 26, 2018 and July 31, 2018, under Local Code T4.

25
          The parties agree and stipulate, and request that the Court find the following:
26
27        1.  Counsel for defendant was only recently appointed as counsel, substituting

28            in for the Office of the Federal Defender.  Counsel has not yet been

provided with Defendant's file from his previous attorney and thus requires additional time to review the discovery in this matter, to consult with client and conduct any necessary investigation and research related to the charges, and to otherwise prepare for trial.

2. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government joins in the request for the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of June 26, 2018 to July 31, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1   IT IS SO STIPULATED.

2   Dated: June 22, 2018                    Respectfully submitted,

3
                                            STEVEN B. PLESSER
4

5
                                            /s/ Steven B. Plesser
6                                           STEVEN B. PLESSER
7                                           Attorney for Defendant, Thomas Vanwinkle

8   Dated: June 22, 2018                    McGREGOR W. SCOTT

9

10

11                                          /s/ Steven B. Plesser for:
                                            CAMERON DESMOND
12                                          Assistant U.S. Attorney
13                                          Attorney for Plaintiff

14

15
                            **FINDINGS And ORDER**
16

17      IT IS SO FOUND AND ORDERED this 25th day of June, 2018.

18

19                                          /s/ John A. Mendez_____
                                            THE HONORABLE JOHN A. MENDEZ
20                                          United States District Court Judge

21

22

23

24

25

26

27

28