Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>THOMAS VANWINKLE | Case No.: 2:18-CR-0096 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:  July 31, 2018<br>Time:  9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the status conference currently set for July 31, 2018 should be continued until August 28, 2018 at 9:15 a.m., and to exclude time between July 31, 2018 and August 28, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Counsel for defendant was only recently appointed as counsel, substituting in for the Office of the Federal Defender. Counsel requires additional time

- 1 -

to review the discovery in this matter, to consult with client and conduct any necessary investigation and research related to the charges, and to otherwise prepare for trial. Additionally, the Government expects additional discovery pertaining to Defendant's prior convictions may be forthcoming.

2. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government joins in the request for the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of July 31, 2018 to August 28, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 26, 2018                    Respectfully submitted,

                                        STEVEN B. PLESSER


                                        /s/ Steven B. Plesser
                                        STEVEN B. PLESSER
                                        Attorney for Defendant, Thomas Vanwinkle

Dated: July 26, 2018                    McGREGOR W. SCOTT



                                        /s/ Steven B. Plesser for:
                                        CAMERON DESMOND
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


## FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 26th day of July, 2018.



                                        /s/ John A. Mendez_____
                                        HONORABLE JOHN A. MENDEZ
                                        United States District Court Judge