Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>THOMAS VANWINKLE | Case No.: 2:18-CR-0096 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: August 28, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the status conference currently set for August 28, 2018 should be continued until October 2, 2018, and to exclude time between August 28, 2018 and October 2, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Counsel for defendant was only recently appointed as counsel, substituting in for the Office of the Federal Defender. Counsel requires additional time

to review the discovery in this matter, to consult with client and conduct any necessary investigation and research related to the charges, and to otherwise prepare for trial.

2. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government is unopposed to the request for the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of August 28, 2018 to October 2, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

7.

IT IS SO STIPULATED.

Dated: August 24, 2018                  Respectfully submitted,

                                                        STEVEN B. PLESSER


                                                      /s/ Steven B. Plesser
                                                      STEVEN B. PLESSER
                                                      Attorney for Defendant, Thomas Vanwinkle

Dated: August 24, 2018                  McGREGOR W. SCOTT


                                                      /s/ Steven B. Plesser for:
                                                      CAMERON DESMOND
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

## FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 24th day of August, 2018


                                                      /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      United States District Court Judge