Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>THOMAS VANWINKLE | Case No.: 2:18-CR-0096 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: October 2, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the status conference currently set for October 2, 2018 should be continued until November 13, 2018, and to exclude time between October 2, 2018 and November 13, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Counsel for defendant substituted in for the Office of the Federal Defender. Counsel requires additional time to review the discovery in this matter, to

- 1 -

consult with client and conduct any necessary investigation and research related to the charges, to investigate and develop mitigation evidence, and to otherwise prepare for trial.

2. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government is unopposed to the request for the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of October 2, 2018 to November 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 27, 2018     Respectfully submitted,

                                                        STEVEN B. PLESSER


                                                        /s/ Steven B. Plesser
                                                        STEVEN B. PLESSER
                                                        Attorney for Defendant, Thomas Vanwinkle

Dated: September 27, 2018     McGREGOR W. SCOTT


                                                        /s/ Steven B. Plesser for:
                                                        CAMERON DESMOND
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

## FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 28th day of September, 2018.


                                                        /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                      United States District Court Judge