Steven Plesser, State Bar No. 161615
ROTHSCHILD, WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
Thomas Vanwinkle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS VANWINKLE,<br><br>Defendant.<br>_____ / | Case No.: 2:18-CR-0096 JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>Date: December 4, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the status conference currently set for December 4, 2018 should be continued until December 11, 2018 at 9:15 a.m., and to exclude time between December 4, 2018 and December 11, 2018, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Subsequent to negotiations between the parties, defendant has agreed to accept a plea agreement from the Government. However, defense counsel has a conflicting court appearance on December 4th in a separate criminal matter in State court. This matter would be very difficult to reschedule as it

1

is a continuing hearing with live victim testimony and out-of-town counsel. Thus, defense counsel cannot appear on the scheduled date of December 4th.

2. The government is unopposed to the request for the continuance.
3. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of December 4, 2018 to December 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.
5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 26, 2018    Respectfully submitted,

STEVEN B. PLESSER


/s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Defendant, Thomas Vanwinkle

Dated: November 26, 2018              McGREGOR W. SCOTT

/s/ Steven B. Plesser for:
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

## FINDINGS and ORDER

IT IS SO FOUND AND ORDERED this 26th day of November, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge