Steven Plesser, State Bar No. 161615
ROTHSCHILD, WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
THOMAS VANWINKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:18-CR-0096 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT |
| vs. | |
| THOMAS VANWINKLE, | |
| Defendant. | Date: April 9, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the Judgment and Sentencing hearing set for April 9, 2019 should be continued until June 11, 2019. The Parties hereby stipulate and request the Schedule for Disclosure of the Pre-Sentence Report and for filing of Objections to the Pre-Sentence report (already disclosed) be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | 06/11/19 |
| Reply or statement of non-opposition: | 06/04/19 |
| Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 05/28/19 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 05/21/19 |
| Counsel's objections to the PreSentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/14/19 |
| Proposed Presentence Report Shall be Disclosed to Counsel no later Than: | 04/30/19 |

IT IS SO STIPULATED.

Dated: March 11, 2019                Respectfully submitted,

                                     STEVEN B. PLESSER

                                     /s/ Steven B. Plesser
                                     STEVEN B. PLESSER
                                     Attorney for Defendant, Thomas VanWinkle


Dated: March 11, 2019                McGREGOR W. SCOTT


                                     /s/ Steven B. Plesser for:
                                     CAMERON DESMOND
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


## FINDINGS and ORDER

IT IS SO FOUND AND ORDERED this 11th day of March, 2019.


                /s/ John A. Mendez_____
                THE HONORABLE JOHN A. MENDEZ
                United States District Court Judge